# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 24 03:20:42 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS* )

# CSL

| | |
|---|---|
| **Word Mark** | CSL |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Electrical lighting apparatus, namely, fixtures, spot lights, downlights and lighting strips. FIRST USE: 19580000. FIRST USE IN COMMERCE: 19580000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE CSL Combination of three or more letters as part of the mark |
| **Serial Number** | 77433887 |
| **Filing Date** | March 27, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 5, 2008 |
| **Registration Number** | **3520415** |
| **Registration Date** | October 21, 2008 |
| **Owner** | (REGISTRANT) Troy-CSL Lighting, Inc. CORPORATION NEW YORK 14625 East Clark Avenue City of Industry CALIFORNIA 91745 |
| **Attorney of Record** | Natan Epstein |
| **Prior Registrations** | 2831438 |
| **Type of Mark** | TRADEMARK |

Trademark Electronic Search System (TESS)

**Register**          PRINCIPAL

**Live/Dead Indicator**      LIVE

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 24 03:20:42 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# COUNTER ATTACK

| | |
|---|---|
| **Word Mark** | COUNTER ATTACK |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Electric lighting fixtures. FIRST USE: 19990300. FIRST USE IN COMMERCE: 19990300 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76574410 |
| **Filing Date** | February 6, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 16, 2004 |
| **Registration Number** | 2924876 |
| **Registration Date** | February 8, 2005 |
| **Owner** | (REGISTRANT) Troy-CSL Lighting, Inc. CORPORATION NEW YORK 14508 Nelson Ave City of Industry CALIFORNIA 91744 |
| **Attorney of Record** | Natan Epstein |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 24 03:20:42 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS )*

# ABEO

| | |
|---|---|
| Word Mark | ABEO |
| Goods and Services | IC 011. US 013 021 023 031 034. G & S: Electric Lighting Fixtures. FIRST USE: 20060130. FIRST USE IN COMMERCE: 20060130 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78652656 |
| Filing Date | June 16, 2005 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | March 14, 2006 |
| Registration Number | 3257013 |
| Registration Date | June 26, 2007 |
| Owner | (REGISTRANT) Troy-CSL Lighting, Inc. CORPORATION NEW YORK 14625 East Clark Ave. City of Industry CALIFORNIA 91745 |
| Attorney of Record | Natan Epstein |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# EXHIBIT D



Home |

Search by keyword 🔍

🛒 0 Items
Total: $0.00

🚚 Free Shipping on orders over $175

| Bath | Kitchen | Lighting | Outdoor | Hardware | Furniture | Brands |

Live-Chat

**TOP SELLERS**

1

Craftmade Grid Cage Matte Black Three-Light Outdoor Post Mount with Seeded Glass Z575-05
**$58.22**

bongo
INTERNATIONAL
International Shoppers | Click Here ✓

2. more details
Designers Fountain Sedona Oil Rubbed Bronze Large Three-Light Outdoor Wall Lantern 2391-AM-ORB

**$136.89**

3. more details
George Kovacs Tube Brushed Nickel LED Wall Sconce w/Etched Opal Glass P5040-084-L

**$144.50**

4. more details
Amerock Allison Value Hardware Small Oblong Cabinet Knob Oil Rubbed Bronze BP55220-ORB

**$2.69**

**NEW RELEASES**

## CSL Counter Attack White 16-Inch Two Light Halogen Under Cabinet Light

SKU#: NCA-120-16WT
Availability: In Stock

CSL Counter Attack White 16-Inch Two Light Halogen Under Cabinet Light

Retail Price: $51.00
Your Savings: $9.00
**Your Price: $42.00**



Quantity  1   [Add to Cart]

➕ Add to Gift Registry      ✓ Wish List      💬 Tell a Friend

**DESCRIPTION**

| | |
|---|---|
| Finish: | White |
| Dimensions: | 16"W x 1.5"H x 5"D |
| Bulb/Watt: | 2 - 35 watt G8 Halogen BI-PIN Clear bulbs |
| Weight: | 1.8 Lbs |
| Usage: | Interior/Damp |
| UPC: | 782042933644 |
| Brand SKU: | NCA-120-16WT |

Feature: Chrome

➕ Share | f 📌 8+ 🐦



Bromi Design Talon 6 Light Pendant in Chrome B-KM002P-6B
**$299.38**

Bromi Design Talon 3 Light Pendant in Chrome B-KM002P-3B
**$199.58**

Bromi Design Sussex Glass and Metal 1 Light Pendant B2501
**$483.84**

Bromi Design Skye Crystal Chandelier B-GK320
**$453.60**



Click Here for
Coupons and
Promotions

*Top Brands*









JOIN OUR NEWSLETTER

Enter your email

SIGNUP

| Terms and Conditions | Privacy & Security | Return Policy | RGA Request | Product Sitemap |

VISA

Copyright 2013 BathKitchenDecor  All Rights Reserved

Welcome.  log in

# BathKitchen Decor

Search by keyword

🔍

🛒 0 Items
Total: $0.00

🚚 Free Shipping on orders over $175

| Bath | Kitchen | Lighting | Outdoor | Hardware | Furniture | Brands |

Top Sellers

1

Craftmade Grid Cage Matte
Black Three-Light Outdoor
Post Mount with Seeded Glass
Z575-05
$58.22

2.  more details
Designers
Fountain Sedona
Oil Rubbed
Bronze Large
Three-Light
Outdoor Wall
Lantern 2391-
AM-ORB

$136.89

3.  more details
George Kovacs
Tube Brushed
Nickel LED Wall
Sconce w/Etched
Opal Glass P5040-
084-L

$144.50

4.  more details
Amerock Allison
Value Hardware
Small Oblong
Cabinet Knob Oil
Rubbed Bronze
BP55220-ORB

$2.69

New Releases

Bromi Design
Talon 6 Light
Pendant in
Chrome
B-KM002P-6B
$299.38

Bromi Design Talon 3 Light
Pendant in Chrome
B-KM002P-3B
$199.58

Bromi Design Sussex Glass
and Metal 1 Light Pendant
B2501
$483.84

Bromi Design Skye Crystal
Chandelier B-GK320

Home > ABEO

Your search for "ABEO" returned the following results...

## Category Results

Brands > CSL Lighting (33)

### Search Results (33 Matches found )

More results: [1] 2 3  Next Page

Price: Low to High ▼

**CSL Lighting Abeo 10" Black Undercabinet Light - XE-10-BK**

Category: Brands > CSL Lighting
CSL Lighting Abeo 10" Black Undercabinet Light - XE-10-BK
**Availability:** In Stock
**Retail Price:** $44.00
**Your Savings:** $4.40
**Your Price:** $39.60
Add to Cart

**CSL Lighting Abeo 10" Bronze Undercabinet Light - XE-10-BZ**

Category: Brands > CSL Lighting
CSL Lighting Abeo 10" Bronze Undercabinet Light - XE-10-BZ
**Availability:** In Stock
**Retail Price:** $44.00
**Your Savings:** $4.40
**Your Price:** $39.60
Add to Cart

**CSL Lighting Abeo 10" Satin Aluminum Undercabinet Light - XE-10-SA**

Category: Brands > CSL Lighting
CSL Lighting Abeo 10" Satin Aluminum Undercabinet Light - XE-10-SA
**Availability:** In Stock
**Retail Price:** $44.00
**Your Savings:** $4.40
**Your Price:** $39.60
Add to Cart

**CSL Lighting Abeo 10" White Undercabinet Light - XE-10-WT**

Category: Brands > CSL Lighting
CSL Lighting Abeo 10" White Undercabinet Light - XE-10-WT
**Availability:** In Stock
**Retail Price:** $44.00
**Your Savings:** $4.40
**Your Price:** $39.60
Add to Cart

**CSL Lighting Abeo 16" Black Undercabinet Light - XE-16-BK**

Category: Brands > CSL Lighting
CSL Lighting Abeo 16" Black Undercabinet Light - XE-16-BK
**Availability:** In Stock
**Retail Price:** $58.00
**Your Savings:** $5.80



$453.60

Click Here for
Coupons and
Promotions

*Top Brands*

MURRAY
FEISS

HINKLEY
LIGHTING
design · illuminate · shine

CURREY
COMPANY

SAVOY
H·O·U·S·E
LIGHTING

Your Price: $52.20
Add to Cart

CSL Lighting Abeo 16" Bronze Undercabinet Light - XE-16-BZ

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 16" Bronze Undercabinet Light - XE-16-BZ
**Availability:** In Stock
**Retail Price:** $58.00
**Your Savings:** $5.80
Your Price: $52.20
Add to Cart

CSL Lighting Abeo 16" Satin Aluminum Undercabinet Light - XE-16-SA

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 16" Satin Aluminum Undercabinet Light - XE-16-SA
**Availability:** In Stock
**Retail Price:** $58.00
**Your Savings:** $5.80
Your Price: $52.20
Add to Cart

CSL Lighting Abeo 16" White Undercabinet Light - XE-16-WT

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 16" White Undercabinet Light - XE-16-WT
**Availability:** In Stock
**Retail Price:** $58.00
**Your Savings:** $5.80
Your Price: $52.20
Add to Cart

CSL Lighting Abeo 22" Black Undercabinet Light - XE-22-BK

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 22" Black Undercabinet Light - XE-22-BK
**Availability:** In Stock
**Retail Price:** $72.00
**Your Savings:** $7.20
Your Price: $64.80
Add to Cart

CSL Lighting Abeo 22" Bronze Undercabinet Light - XE-22-BZ

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 22" Bronze Undercabinet Light - XE-22-BZ
**Availability:** In Stock
**Retail Price:** $72.00
**Your Savings:** $7.20
Your Price: $64.80
Add to Cart

CSL Lighting Abeo 22" Satin Aluminum Undercabinet Light - XE-22-SA

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 22" Satin Aluminum Undercabinet Light - XE-22-SA
**Availability:** In Stock
**Retail Price:** $72.00
**Your Savings:** $7.20
Your Price: $64.80
Add to Cart

CSL Lighting Abeo 22" White Undercabinet Light - XE-22-WT

**Category:** Brands > CSL Lighting
CSL Lighting Abeo 22" White Undercabinet Light - XE-22-WT
**Availability:** In Stock
**Retail Price:** $72.00
**Your Savings:** $7.20
**Your Price:** $64.80

Add to Cart

More results: [1] 2 3  Next Page

JOIN OUR NEWSLETTER    Enter your email    SIGN UP

| Terms and Conditions | Privacy & Security | Return Policy | RGA Request | Product Sitemap |

VISA    AMERICAN EXPRESS    DISCOVER    PayPal    POWERED BY Geotrust

Copyright 2013 BathKitchenDecor. All Rights Reserved.



My Account   Log In

**Designer Supply House**

search by keyword

888-840-4415

Home    About Us    My Account    Contact Us

*Shopping Cart*
0 item(s) in cart / Total: $0.00   (view cart)

Home > Troy Lighting

Your search for "Troy Lighting" returned the following results...

**Related Top Sellers**



Minka Aire 36 Inch White Downrod DR536-WH
Our Price: $25.00
Add to Cart

### Products
Fans
Lighting
Decor
Furniture
Ceiling Fans

### Brands
Corbett Lighting
Golden Lighting
Hinkley Lighting
Hudson Valley
Kichler
Matthews Fan
Maxim Lighting
Metropolitan Lighting
Millennium Lighting
Minka Aire
Minka-Lavery
Myson
Norwell
PLC Lighting
Sonneman
Troy Lighting
Visual Comfort

### New Releases

Hinkley Key West Outdoor Hanging Pendant 1612RB
$267.96
more details

Hinkley Windsor Small Outdoor Wall Mount 1890RK
$116.76

Hinkley Saturn Medium Metro Bronze Outdoor Wall Mount 1904MT
$259.56

Hinkley Plantation Burnished Brass One-Light Wall Sconce 4140BB
$276.36

Hinkley Cambridge Pewter Fifteen-Light Chandelier 4417PW
$2,519.16

**Category Results**

Lighting > Ceiling Pendants (155)    Lighting > Chandeliers (46)    Lighting > Semi-Flush Mount (9)

Lighting > Wall Sconces (129)    Lighting > Flush Mount (14)    Lighting > Outdoor (362)

BRANDS > Troy Lighting (1445)

Search Results (1445 Matches found)

More results: |1| 2 3 4 5 6 7 ..[131] Next Page    Price: Low to High ∨



Troy Lighting Abbey Colonial Iron One-Light Wall Sconce with Matte Opal Glass B2541

Category: Lighting > Wall Sconces
Troy Lighting Abbey Colonial Iron One-Light Wall Sconce with Matte Opal Glass B2541
Availability: Ships in 5 - 7 days
Retail Price: $160.00
Your Savings: $24.00
Your Price: $136.00
Add to Cart



48" inch

Minka Aire 48 Inch Distressed Koa Downrod DR548-DKG
Our Price: $30.00
Add to Cart

Troy Lighting Aberdeen Fired Iron One-Light Outdoor Hanging Lantern F5037FI

Category: BRANDS > Troy Lighting
Troy Lighting Aberdeen Fired Iron One-Light Outdoor Hanging Lantern F5037FI
Availability: Ships in 5 - 7 days
Retail Price: $486.00
Your Savings: $72.90
Your Price: $413.10
Add to Cart



Hinkley Gold Hill Six-Light Chandelier 4056OL
Our Price: $503.16
Add to Cart

Troy Lighting Aberdeen Fired Iron One-Light Outdoor Post Lantern P5035FI

Category: BRANDS > Troy Lighting
Troy Lighting Aberdeen Fired Iron One-Light Outdoor Post Lantern P5035FI
Availability: Ships in 5 - 7 days
Retail Price: $486.00
Your Savings: $72.90
Your Price: $413.10
Add to Cart



24" inch

Troy Lighting Aberdeen Fired Iron Two-Light Energy Star Outdoor Wall Lantern BF5034FI

Category: BRANDS > Troy Lighting

Minka Aire 24 Inch White

Questions? Call Us 347-278-0508 | About Us | My Account | View Cart

CHANDELIERS CEILING FIXTURES TABLE/FLOOR LAMPS WALL LIGHTS EXTERIOR LIGHTING BRANDS

Click here for In-Store Promotions!

COUPONS & PROMOTIONS. CLICK HERE

Click Here For Full Details!

Free Shipping On Orders Over $125

Brand of the month!

MINKA LAVERY

PayPal PAYMENTS

volusion SECURE SITE CLICK TO VERIFY

Home > Search for "Troy Lighting"
We found 1717 results matching your criteria.

Find by Category | Find by Pricing | Find by Brand

10 per page **Page** 1 **of 172**

**Sort By:** Price: Low to High | Search Within | GO

**Next Page >**

NO PHOTO

Troy Lighting Monterey 1 Light Outdoor Wall Light BIH5880
**List Price: $82.00**
**Our Price:** $77.90

NO PHOTO

Troy Lighting Monterey 1 Light Outdoor Wall Light BIH5866
**List Price: $106.00**
**Our Price:** $100.70

Troy Lighting Monterey 2 Light Outdoor Wall Light BIH5912
**List Price: $118.00**
**Our Price:** $112.10

NO PHOTO

Troy Lighting Monterey Dark Sky 1 Light Outdoor Wall Light BIH5880-D
**List Price: $124.00**
**Our Price:** $117.80

Troy Lighting Aura 2 Light Bath Vanity Light B1032
**List Price: $138.00**
**Our Price:** $131.10

Troy Lighting Telluride 2 Light Bath Vanity Light B1132
**List Price: $138.00**
**Our Price:** $131.10

# EXHIBIT E

My Account:   Log In

# Designer Supply House

[ search by keyword ]

## 888-840-4415

home    about us    my account    contact us    blog

INTERNATIONAL

International Shoppers | Click Here

**Shopping Cart**

0 item(s) in cart / Total: $0.00    ( view cart )

### Products

Fans
Lighting
Decor
Furniture
Ceiling Fans

### Brands

Corbett Lighting
Hinkley Lighting
Hudson Valley
Kichler
Matthews Fan
Maxim Lighting
Metropolitan Lighting
Millennium Lighting
Minka Aire
Minka-Lavery
Myson
Norwell
PLC Lighting
Sonneman
Troy Lighting
Visual Comfort

### New Releases



Norwell Schoolhouse Polished Nickel Single Light Flush Mount 5361F-PN-ST
$149.80
more details

Maxim Lighting CounterMax 24" Bronze 8 Light LED Under Cabinet 89943BRZ
$142.00

Norwell Birmingham One-Light Ceiling Light 8121F-CH-PY

Home > Terms and Conditions

## Policies, Terms and Conditions:

### Copyright and Trademark Notice                                         by
Unless otherwise specified, all materials appearing on this site, including the text, site design, logos, graphics, icons, and images, as well as the selection, assembly and arrangement thereof, are the sole property of DesignerSupplyHouse.com., Copyright © 2013, ALL RIGHTS RESERVED. You may use the content of this site only for the purpose of shopping on this site or placing an order on this site and for no other purpose. No materials from this site may be copied, reproduced, modified, republished, uploaded, posted, transmitted, or distributed in any form or by any means without our prior written permission. All rights not expressly granted herein are reserved. Any unauthorized use of the materials appearing on this site may violate copyright, trademark and other applicable laws and could result in criminal or civil penalties.

                                                                        ^ Top

### Credit Cards                                                            by
We accept the following credit cards: Visa, MasterCard, American Express and Discover. There is no surcharge for using your credit card to make purchases. Please be sure to provide your exact billing address and telephone number (i.e. the address and phone number your credit card bank has on file for you). Incorrect information will cause a delay in processing your order. Your credit card will be billed either before shipment or once we place our order with the manufacturer.

                                                                        ^ Top

### International Shipping                                                   by
   **International Shipping Now Available!**

We have partnered with Bongo International to service our customers Worldwide!

Bongo International provides our customers with their very own US address. Once you have a US address, you will be able to make purchases with us as well as other US based online retailers. Bongo receives your purchases and logs them into their online system which you can use to view your items and consolidate them with multiple orders.

International customers can save up to 82% off typical international shipping rates by following these four easy steps:

    Register with Bongo and receive a U.S. shipping address.

**Top Sellers**



① 

Kichler Clarice Tannery Bronze Art Glass Wall Sconce 69043
$104.65

more details

2.     Kichler Black Cast Aluminum Outdoor Wall-Mounted Lantern 9735BK
$42.61
more details

3.     Hudson Valley Edison Satin Nickel Semi Flush 1609F-SN
$131.97
more details

**Browse By Price**

$154.00

**Norwell Wave ADA Right One-Light Wall Sconce 8901-CH-SO**
$258.00

**Norwell Clayton Flush Mount Ceiling Light 5372-CH-SO**
$122.80

**Norwell Elizabeth Towel Bar 3436-PN-TB24**
$87.40

**Norwell Kathryn Toilet Paper Holder 3451-BN-TPR**
$102.00

Enter the Bongo address as both your billing and shipping address.

Use the credit card that you have on file with Bongo as the payment method.

Once the order arrives at Bongo, log into your account to forward to your country.

If you have any questions, please feel free to contact Bongo through e-mail. They will be glad to assist you.

**Click on the Bongo logo in the corner to get started!**

^ Top

**Links**                                                                      by
This site may contain links to other sites on the Internet that are owned and operated by third parties. You acknowledge that we're not responsible for the operation of or content located on or through any such site.

^ Top

**Money Orders, Cashier's Checks, Company Checks, & Personal Checks**      by
We accept money orders, cashier's checks, personal checks, and company checks in U.S. Dollars only. Orders are processed upon receipt of a money order or cashier's check. For personal and company checks, please allow up to 10 banking days after receipt for clearance of funds before the order is processed. We cannot guarantee the availability of a product by the time funds clear or payment is received. We will charge a $25 fee on all returned checks.

^ Top

**Multiple Product Orders**                                                   by
For a multiple product order, we will make every attempt to ship all products contained in the order at the same time. Products that are unavailable at the time of shipping will be shipped as they become available, unless you inform us otherwise. You will only be charged for products contained in a given shipment, plus any applicable shipping charges. You will only be charged for shipping at the rate quoted to you on your purchase receipt. The entirety of this shipping charge may be applied to the first product(s) shipped on a multiple shipment order.

^ Top

**Order Acceptance Policy**                                                   by
Your receipt of an electronic or other form of order confirmation does not signify our acceptance of your order, nor does it constitute confirmation of our offer to sell. DesignerSupplyHouse.com reserves the right at any time after receipt of your order to accept or decline your order for any reason or to supply less than the quantity you ordered of any item.

^ Top

**Other Conditions**                                                          by
These Conditions will supersede any terms and/or conditions you include with any purchase order, regardless of whether Designersupplyhouse.com signs them or not. We reserve the right to make changes to this site and these Conditions at any time.

^ Top

**Out-of-Stock Products**                                                     by
There may be times when the product you have ordered is out-of-stock which will delay fulfilling your order. We will keep you informed of any products that you have ordered that are out-of-stock and unavailable for immediate shipment. You may cancel your order at any time prior to shipping.

$1.00 - $24.99
$25 - $49.99
Over $50

Our Newsletter

Subscribe to our Newsletter

enter email here go

◉ Subscribe
○ Unsubscribe

ˆ Top

### Privacy                                                                                                by

We keep your personal information private and secure. When you make a purchase from our site, you provide your name, email address, credit card information, address, phone number, and a password. We use this information to process your orders, to keep you updated on your orders and to personalize your shopping experience.

Our secure servers protect your information using advanced encryption techniques and firewall technology.

To keep you informed about our latest offers, we may notify you of current promotions, specials and new additions to the DesignerSupplyHouse.com site. You may unsubscribe from our newsletters by following the unsubscribe instructions in any email you receive from us.

When entering any of our contests or prize drawings, you provide your name, email address and mailing address. If you win, we will send the prize to the address entered and notify you by email. When you enter a contest or drawing you are also included in our newsletter list to receive notice of promotions, specials and new additions to the DesignerSupplyHouse.com site. You may unsubscribe from this news list by following the unsubscribe instructions in any email received.

We use "cookies" to keep track of your current shopping session to personalize your experience and so that you may retrieve your shopping cart at any time.

ˆ Top

### Privacy on Other Web Sites                                                           by

Other sites accessible through our site have their own privacy policies and data collection practices. Please consult each site's privacy policy. Designersupplyhouse.com is not responsible for the actions of third parties.

ˆ Top

### Returns                                                                                                by

We will gladly accept the return of products that are defective due to defects in manufacturing and/or workmanship for 30 days from the date of purchase. Fulfillment mistakes that we make resulting in the shipment of incorrect product to you will also be accepted for return 30 days from the date of purchase. If a product is being returned due to customer error, outgoing as well as return shipping and handling will be the responsibility of the customer. We will also deduct freight if a defective product is being returned and not being replaced. Tracking must be provided to us and all merchandise must be in its original packaging. Once an item has been installed we will not be able to accept a return on that item. We do NOT charge restocking fees on returned products.

ˆ Top

### Shipping & Cancellation Policy                                                     by

Most orders are specially ordered for our customers. Either we have the manufacturer ship the merchandise directly to our customer or we bring the merchandise into our warehouse and ship them back out to our customers on the day we receive the product. Once an order ships from the manufacturer to our facility we no longer can cancel this order, this order automatically becomes a return order in which the customer pays return shipping. Please make sure a confirmation email is sent with the cancellation notice, without this email a customer can not assume an order is considered cancelled.

We cannot guarantee when an order will arrive. Consider any shipping or transit time offered to you only as an estimate. We encourage you to order in a timely fashion to avoid delays caused by shipping or product availability.

ˆ Top

### Taxes                                                                                                   by

Our Store shall automatically charge and withhold the applicable sales tax for orders to be delivered to addresses within the same state as our store. For all orders shipped out of New York, we will not charge the sales tax. If you are in New York and are a re-seller please call us as we would need to have you send the documentation to us.

^ Top

Typographical Errors

In the event a product is listed at an incorrect price due to typographical error or error in pricing information received from our suppliers, Our Store shall have the right to refuse or cancel any orders placed for product listed at the incorrect price. Our Store shall have the right to refuse or cancel any such orders whether or not the order has been confirmed and your credit card charged. If your credit card has already been charged for the purchase and your order is canceled, Our Store shall immediately issue a credit to your credit card account in the amount of the incorrect price

^ Top

Terms and Conditions    Become an Affiliate    Product Index    Category Index

Copyright 2013 Designer Supply House. All Rights Reserved..

# EXHIBIT F



Shopping > Shop by Store > Bath Kitchen Decor LLC

# Bath Kitchen Decor LLC

Merchant Reviews | Merchant Information

## User Reviews: Bath Kitchen Decor LLC

8 Ratings (8 Reviews)    Write a Review

Sort by: Newest        « Previous | 1-8 out of 8 | Next »

**Overall:** ★★★★☆
**Price:** ★★★★☆
**Ease of Purchase:** ★★★★★
**Customer Service:** ★★★☆☆
**Delivery:** ★★★★☆
**Shipping Options:** ★★★★☆

**Kichler Lights Received - Issues Resolved**
By Yahoo! Shopping User  Sep 13, 2013

I worked with Larry Krayzman on the purchase of a Kichler Dining Room Light, they had a great price for the light I was looking for. After taking 3 weeks to ship the product (a little longer than I would have preferred, but acceptable) I ran into a price match issue and then a product defect issue. Larry was responsive to my emails, albeit he usually took several days to respond, and had the product and my issues resolved in the end. From purchase to final price match and defect resolution was Less

Was this review helpful? Yes - No

Permalink | Report Abuse

**Overall:** ★★★★★
**Price:** ★★★★★
**Ease of Purchase:** ★★★★★
**Customer Service:** ★★★★★
**Delivery:** ★★★★★
**Shipping Options:** ★★★★★

**GREAT PRICES**
By Yahoo! Shopping User  Aug 18, 2013

Ordered my lights and received within 2 weeks. Well worth the wait. The products came of great quality. When calling to check up on order, the staff was friendly. I will shop here again.

Was this review helpful? Yes - No

Permalink | Report Abuse

**Overall:** ★☆☆☆☆
**Price:** ★☆☆☆☆
**Ease of Purchase:** ★☆☆☆☆
**Customer Service:** ★☆☆☆☆
**Delivery:** ★☆☆☆☆
**Shipping Options:** ★☆☆☆☆

**Do not buy from this company**
By Yahoo! Shopping User  Jul 1, 2013

Don't order from this company. I ordered a lighting fixture on June 12th and 18 days later still waiting for the item to be shipped. They promised it will ship tomorrow but it is not true. I hope I will be able to cancel and to get a refund.

Was this review helpful? Yes - No

Permalink | Report Abuse

| | |
|---|---|
| Overall: | ★★★★★ |
| Price: | ★★★★★ |
| Ease of Purchase: | ★★★★★ |
| Customer Service: | ★★★★★ |
| Delivery: | ★★★★★ |
| Shipping Options: | ★★★★★ |

**LOVE MY LIGHTS!**
By Yahoo! Shopping User  Jun 6, 2013

I had a great experience on bathkitchendecor.com For starters, They had the absolute best price on the fixtures I wanted. I called to check availability and was given a time frame of 2 weeks. (I thought it was kind of long) But my fixtures arrived in... Read more

Was this review helpful? Yes - No

Permalink | Report Abuse

| | |
|---|---|
| Overall: | ★☆☆☆☆ |
| Price: | ★☆☆☆☆ |
| Ease of Purchase: | ★☆☆☆☆ |
| Customer Service: | ★☆☆☆☆ |
| Delivery: | ★☆☆☆☆ |
| Shipping Options: | ★☆☆☆☆ |

**WORST COMPANY EVER**
By Yahoo! Shopping User  May 13, 2013

DO NOT ORDER FROM HERE! This company is completely unorganized, dishonest, and has terrible customer service. I waited 3 months for a light fixture to be delivered. I kept calling to check on it and he kept saying "it shipped today" but would not giv... Read more

Was this review helpful? Yes - No

Permalink | Report Abuse

| | |
|---|---|
| Overall: | ★☆☆☆☆ |
| Customer Service: | ★☆☆☆☆ |
| Delivery: | ★☆☆☆☆ |

**DO NOT BUY FROM THEM**
By Yahoo! Shopping User  Apr 16, 2013 | 2 out of 2 found this Bath Kitchen Decor LLC review helpful

This is a scam. I ordered a lighting fixture on 4/1 and still had not received a tracking number by 4/15. I called and was put on hold for 20 minutes. I called again ( immediately) and they said I would get a tracking number on 4/16.They were still l... Read more

Was this review helpful? Yes - No

Permalink | Report Abuse

| | |
|---|---|
| Overall: | ★☆☆☆☆ |
| Ease of Purchase: | ★☆☆☆☆ |
| Customer Service: | ★☆☆☆☆ |
| Delivery: | ★☆☆☆☆ |
| Shipping Options: | ★☆☆☆☆ |

**STAY AWAY**
By Yahoo! Shopping User  Jan 25, 2013 | 8 out of 8 found this Bath Kitchen Decor LLC review helpful

DO NOT ORDER FROM THIS GUY!!! Rude, ignore your emails and phone calls to check on your status of your order and when you call to cancel your order because they ignored your emails and phone calls they tell you they will charge you a restocking fee o... Read more

Was this review helpful? Yes - No

Permalink | Report Abuse

Sort by: `Newest`                      « Previous | 1-8 out of 8 | Next »

Find  Compare  Read Reviews & Buy Bath Kitchen Decor LLC - Ratings and Info  •  Want to see your products in Yahoo Shopping? Build your own online store or Advertise with us
•  Sitemap  •  All Brands

Copyright © 2013 Yahoo! Shopping, Yahoo! Inc. All rights reserved
Copyright Policy | Terms of Service | Privacy Policy | About Our Ads | Help
Information about prices, products and merchants is provided by third parties and Yahoo does not guarantee the accuracy or reliability of this information

YAHOO! SHOPPING

<< **« All set? Return to** *http://www.BathKitchenDecor.com* **to continue your purchase.**

# ResellerRatings ✓
Been there, bought that

🏬 **61,413** stores   🛡 **2,241,776** reviews   👤 **Over 250,000** shoppers online now

| Store Ratings | Community Insights | Latest Coupons | Merchant Solutions | **Write a Review** | Sign up / Login |

[search box] 🔍

**Lighting Fixtures** www.LightingDirect.com
Lighting Fixtures Low Prices and Excellent Selection! Shop With Ease Online Now.

Ads by Google

🖉 Rating | 📊 **Full Rating Profile**

# BathKitchenDecor
BathKitchenDecor.com

Home & Garden

**Write a review »**

**Bathroom Addition/Remodel**

**Walk In Bath Giveaway**
Facebook.com/PremierCare
Enter Today for a Chance to Win a Free
Walk in Bath from Premier Care   ❯

## Review profile

| | | |
|---|---|---|
| Product & services pricing | ★★★★☆ | 7.87/10 |
| Chance of future purchase: | ★★☆☆☆ | 3.05/10 |
| Shipping & packaging: | ★★☆☆☆ | 3.02/10 |
| Customer service: | ★★★☆☆ | 3.39/10 |
| Return/Replacement policy: | ☆☆☆☆☆ | 0.00/10 |

📊 Rating history

**Lighting Fixtures** ▾

**TJ Maxx Online Deals** ▾

**Related Highly Rated Stores**

| Store | Rating | Reviews |
|---|---|---|
| Jacks Small Engines | ★★★★½ | 24270 |
| Wayfair | ★★★★½ | 9922 |
| RepairClinic.com In... | ★★★★★ | 9024 |
| AppliancesConnectio... | ★★★★☆ | 5998 |
| 1000Bulbs.com | ★★★★★ | 5336 |

**Walk In Bath Giveaway**   Facebook.com/PremierCare
Walk In Bath Giveaway Enter Today for a Chance to Win aFree Walk in Bath from Premier Care

**Bathroom Addition/Remodel**   www.HomeAdvisor.com
Bathroom Addition/Remodel Local Pre-Screened Contractors.Backed By Our Service Guarantee!

**Bathroom Remodel Prices**   LocalRemodelingQuotes.com/Bath
Bathroom Remodel Prices 1, Search Your Zip Code 2, GiveProject Details 3, Get Free Bids...

Ads by Google

 31,000+ Reviews 9.80 Rating — newegg   BEACH CAMERA.com
 BUYDIG.COM    B·H HIGHEST RATED /+ SINCE 1973 800-294-9336

See all Merchant Members »

**All Customer Reviews (92)**

1 2 3 4 next »




UP TO **70% OFF** *home décor*
Joss & Main   SHOP NOW »

**lsdkitkat69**

★★★★★ 5/5                    ⊙ posted Sep-21-2013

"Great shopping experience. The customer service was outstanding. The best prices on the internet. I felt a personal relationship with their staff,they were so helpful. I would definitely shop with bath kitchen decor again. And I recommend this company to others."

Is this review?... 👍 Helpful 😎 Cool 📘 Share                    ⊙ report?



**Checked**

★☆☆☆☆ 1/5                    ⊙ posted Sep-20-2013

"Ordered a Jeremiah Lighting 25226-MB 6 Light Highland Place Chandelier. Price was good, item came timely. The company did not provide any shipping notice or

item tracking. The color of the item was lighter than the picture and I put in to return it. This process was fairly easy on their site. However, it took 18 days to get the return information, after much prodding. When I received the notice it was ship here within 7 days, with this number on the box. I understand that I may be liable for payment, but they made nothing easy."

**Is this review?...** 👍 Helpful (1) ❄Cool 🔘 Share                    ⊙ report?



**grandeur223**

☆🌣🌣🌣🌣 **1/5**                                        ⊙ posted Sep-18-2013

"HORRIBLE, HORRIBLE COMPANY!! A BUNCH OF DUNCES ON THE CUSTOMER SERVICE DESK. CAN'T SPEAK TO MANAGEMENT EVER NOR THE OWNER. I HAVE WAITED FOR A FAN PROMISED SEPT 10 AND TOLD TWICE IT HAD SHIPPED. FED EX SAYS THEY SHIPPED ONE OF THREE PACKAGES. THEY SAID THE OTHER TWO HAVEN;T EVEN BEEN SHIPPED. HIRED AN ELECTRICIAN BASED ON WHAT THEY SAY TWICE AND STILL NO FAN. RUN, DON'T WALK FROM THIS HORRIBLE MERCHANT. EVERYONE INCALL HAS TOLD ME HOW HORRIBLE THEY ARE AND HOW THEY GET THEIR BUSINESS SALESMAN NEVER RETURNS MY CALLS OR EMAILS. LARRY, STAY CLEAR OF HIM"

**Is this review?...** 👍 Helpful (1) ❄Cool 🔘 Share                    ⊙ report?



**FlightOne**

☆☆☆☆☆ **5/5**                                        ○ posted Sep-14-2013

"Great transaction.Had to wait a while but the fine print on the website warned me before ordering. Amazing price and they delivered a perfect product with perfect communication. Will shop again."

**Is this review?...** 👍 Helpful ❄Cool 🔘 Share                    ⊙ report?



**Ililoli**

☆☆☆☆☆ **5/5**                                        ⊙ posted Sep-04-2013

"Before ordering my chandeliers, I read most of the reviews about this company being a bit slow on the orders. Since I wasn't on a time crunch, I couldn't pass up their amazing deals. They had the best prices for my product on the internet, even with a google shopping search. Their communication was great. They kept me up to date on when my products would be in. One chandelier came in right away, the smaller one was on back order for 1 month. They gave me the option to wait or cancel my order. Not a problem, I told them I was fine waiting.

After a month passed, they informed me it would be another month, but gave me the option to keep the order or cancel my order for a refund. Again, I wasn't in a hurry, so I kept my order with them. They kept in touch with me the entire time, until my small chandelier came in. Between Larry and Kenishia, they always kept me in the loop and never made false promises. They always told the truth and I would definitely buy from this company again.

My two chandeliers look beautiful and knowing that I got them for a steel, makes me smile every time I look at them."

Is this review?... 👍 Helpful 🆒 Cool 🔵 Share                    🕐 report?



**Babygirlk85**

☆ ⁇⁇⁇⁇ **1/5**                                         🕐 posted Aug-29-2013

"My WORST experience ever!!! If I'd known it would take over a month for my product I would have never ordered from them. I purchased bath sinks weeks ago and received an order confirmation via email and a receipt because of course they charged me right away. I have called 3 times and each time told that my product would ship "next Tuesday" or "next Wednesday". Did it? NO! And now they aren't answering the phones. I'm in the middle of remodeling my place &amp; now the project is on hold because I don't have sinks. I have filed a complaint with the Better Business Bureau so hopefully something comes of that. I will NEVER order from Bath &amp; Kitchen Decor again. And I will make sure that everyone I know and can contact knows about their business practices. Starting with this review site. Save yourself the time &amp; headache. Order elsewhere! The discounted prices are not worth it. I wish I could give zero stars but the one star is required by this site."

Is this review?... 👍 Helpful (1) 🆒 Cool 🔵 Share                    🕐 report?



**turnermd**

☆☆☆⁇⁇ **3/5**                                         🕐 posted Aug-27-2013

"Even after reading the reviews here, I still tried to order a light fixture due to the very low price. After seeing the item was in stock on the website, I placed the order. I received notification that the item was backordered and given an "unconfirmed" date of September 14th. I then took the reviews here to heart and cancelled my order. I was concerned about receiving the refund in a timely manner but did indeed receive it via PayPal by the end of the business day on the date I cancelled the order. I appreciate the timeliness that the refund was handled. Interestingly enough, the light fixture I tried to order was still listed and continues to be listed as in stock on their website"

Is this review?... 👍 Helpful 🆒 Cool 🔵 Share                    🕐 report?



**ronfrompbg**

☆ ⁇⁇⁇⁇ **1/5**                                         🕐 posted Aug-26-2013

"Ditto on the fraudulent practices. Kovacs lamp much cheaper than others, order placed, card charged, and it took MONTHS to receive. Since the shade was broken, who know if and when I'll ever have a functioning lamp. MANY emails required to push this process along. Yes, ordered in April, it's nearly the end of August now. Anyone who had reported a good experience just plain got lucky or is a shill."

Is this review?... 👍 Helpful 🆒 Cool 🔵 Share                    🕐 report?



**Mietzekatze**

☆ ⁇⁇⁇⁇ **1/5**                                         🕐 posted Aug-12-2013

"Worst experience ever. I ordered 3 bathroom lamps back in June, 2013. It is August 12, 2013 now. I never received an order confirmation, but the the amount due was

deducted right away. After I called to get a status I was told that I never provided an email address for the order and that was the reason why they could not send me an order confirmation. You cannot place an online order without providing an email address.

Had to call and email several times to get an update. I was always told the same response, "The lamps are on their way to our warehouse and will ship by the end of the week." It never happened.

Finally I cancelled the order.I was checking to see if I got a refund, nothing. I emailed, called, and was weeks after my cancellation I was told "Your refund will be posted by the end of the week." Seems to be the standard answer for everything. "By the end of the week". It is almost two weeks later and I still have not received a refund.

I sent an email stating that if I did not receive a refund immediately, I was going to pursue legal action. I did not even get a response to that. It is fraud to charge me for a product I never never received, and to hold my money hostage. In addition I am paying interest on my credit card.

I do not understand how this company is still in business or has not been sued yet. I would understand if I was told it would take a long time to receive the product, but to lie and keep my money is more than unethical business practice.

It's a shame because I was originally really attracted to their product assortment. Do not buy there...."

**Is this review?...** ⤴ Helpful ⚙ Cool 🟦 Share                              ⏱ report?



cl77

⭐☆☆☆☆ **1/5**                              ⏱ posted Aug-07-2013

"i have ordered many times through bath kitchen decor. While the product quality when it arrives is good, the accuracy of communication before and during the order processing itself is poor:
- items are listed as "availability: in stock" even though the manufacturer may be backordered by 2-4 weeks.
- no status is communicated to customer when order is in fact backordered.
- shipping labels are prepared before the goods are actually shipped (i.e. prepared while still waiting for the 2-4 week backorder) which gives a false sense that the items are actually being shipped soon.
- only when the customer contacts them, does the actual order status get revealed.

positives:
- they respond to customer email inquiries
- they will refund if they haven't yet shipped.

negatives:
- poor communication
- could have purchased elsewhere even at a slightly higher cost for better predictability."

🟦

Is this review?... ☺ Helpful ♣Cool  Share                                           ⏱ report?



**monty40in**

☆☆☆☆☆ **1/5**                                                    ⊙ posted Aug-05-2013

"Like many others, I placed the order online, had to follow up on the status of the order several times, then had to return the order. Had to follow up several times to get a "RPG number" that they require in order to return items. Then I had to follow up several times to get my refund. Took several months for all of this. DON'T BUY FROM THESE PEOPLE! There are too many other companies who are better to do business with out there! Put one star only because it won't allow you to put zero stars"

Is this review?... ☺ Helpful ♣Cool 🅕 Share                                         ⏱ report?



**alongoria**

☆☆☆☆☆ **1/5**                                                    ⊙ posted Aug-01-2013

"It is scary to read about so many negative experiences this company is having with its customers. I was planning to buy a backyard fountain but when I read the reviews I decided to shop elsewhere. Its to bad, they offer competitive prices. The company needs to address and rectify the complaints that customers are lodging or else face the lose of business."

Is this review?... ☺ Helpful ♣Cool 🅕 Share                                         ⏱ report?



**S2755OLE**

☆☆☆☆☆ **5/5**                                                    ⊙ posted Jul-19-2013

"No problems, smooth transaction, and best priced, will shop here again and would recommend the store to others. "

Is this review?... ☺ Helpful ♣Cool 🅕 Share                                         ⏱ report?



**lmay49r**

☆☆☆☆☆ **5/5**                                                    ⊙ posted Jul-16-2013

"FANTASTIC    EXPERIENCE!    OUTSTANDING    CUSTOMER    SERVICE    AND COMMUNICATION (from Larry)! THEIR PRICES BLEW AWAY THE COMPETITORS AND I GOT EXACTLY WHAT I ORDERED IN A TIMELY MANNER. I WOULD DEFINITELY BUY FROM AGAIN WITHOUT A DOUBT!"

Is this review?... ☺ Helpful ♣Cool 🅕 Share                                         ⏱ report?



**SunnyKS**

☆☆☆☆☆ **2/5**                                                    ⊙ posted Jun-27-2013

"I ordered two Uttermost preserved boxwood topiaries. I received both topiaries. One was damaged but I was able to fix it. The other one won't stand up at all and topples over. The topiary comes out of the pot at an angle because it was potted incorrectly. It is not usable and unsightly. Customer Service - GABBY - said I could get a replacement if there was damage. I have sent 3 emails now requesting a

replacement and asking how to get a replacement with no response at all - complete silence. I know Uttermost is a reputable company and should stand behind their product. I hope Bath and Kitchen Decor will handle this the right way and get a replacement topiary. Order Number #BKD-115367. Thank you. "

**Is this review?...** 👍 Helpful 😎 Cool 📘 Share                    🕐 report?

Write a review »                                    **1** 2 3 4   next »

**Participate**

Write a review!
Add a store
Forums
Win an iPad
Shopper Blog

**For Merchants**

For Merchants
Merchant Signup
Merchant Blog
Pricing

**Learn More**

About
Press & Accolades
Faqs
Terms
Privacy Policy

**Company Info**

Careers
Contact
Visit us at LinkedIn
ResellerRatings on
Youtube

**2,241,776 reviews, 3,906 today**

Share your shopping experience and interact with 2,011 participating stores, write a review!

Follow us & win cool gear: 🐦 📘

Copyright 2013, ResellerRatings.com, an Answers company

what the press has to say

THE WALL STREET JOURNAL   *"How holiday shoppers can beat web scams..."*

See more press »

# EXHIBIT G



Better Business Bureau®   BBB serving Metropolitan New York, Long Island, and the Mid-Hudson Region    Change BBB Location
Start With Trust

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | **Business Login** |

Search For: `Business Name, Type, URL, Phone` In: `City, State or Postal Code`   BBB Accredited ☐   Search

Home > Business or Charity Reviews > Kitchen & Bath Design > **Bath Kitchen Decor**

# BBB BUSINESS REVIEW

- Select Language -

Text Size  

| **Overview** | Complaints | Directions |

## THIS BUSINESS IS NOT BBB ACCREDITED

### Bath Kitchen Decor

Phone: (800) 627-6688
185-12 Union Turnpike, Fresh Meadows, NY 11366
customerservice@bathkitchendecor.com
http://www.bathkitchendecor.com


**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

 Share   Print

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

### QUICK LINKS

What is a BBB Business Review?

About Enhanced Services

File a Complaint against Bath Kitchen Decor

Accredited Business Directory

### ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

### FEEDBACK

**RECOMMEND**
Would you recommend this review to others?

**Please Select:** ☐ Yes  ☐ No

**SHARE WITH US**
To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**
Email us at inquiry@newyork.bbb.org with your questions, suggestions, and concerns.

---

### BBB Accreditation

This business is not BBB accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

### Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* the rating for Bath Kitchen Decor include:

> Length of time business has been operating
> 31 complaints filed against business
> Failure to respond to 10 complaints filed against business

### Customer Complaints Summary    Read complaint details

31 complaints closed with BBB in last 3 years | 19 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising/Sales Issues | 1 |
| Billing/Collection Issues | 3 |
| Delivery Issues | 16 |
| Guarantee/Warranty Issues | 0 |
| Problems with Product/Service | 11 |
| **Total Closed Complaints** | 31 |

Read Complaints | Definitions | BBB Complaint Process | File a Complaint against Bath Kitchen Decor

## Government Actions

BBB knows of no significant government actions involving Bath Kitchen Decor.

What government actions does BBB report on?

## Advertising Review

BBB has nothing to report concerning Bath Kitchen Decor's advertising at this time.

What is BBB Advertising Review?

## Additional Information

Top ▲

BBB file opened: May 07, 2010
Business started: 07/01/2009 in NY

**Contact Information**
Principal: Mr. Larry Krayzman, Owner

**Business Category**
KITCHEN & BATH DESIGN
BATHS-EQUIPMENT & SUPPLIES
KITCHEN CABINETS & EQUIPMENT-HOUSEHOLD



Directions | Enlarge

© 2013 Better Business Bureau®, Inc. | #115754

BBB Reporting Policy | Trademarks | Terms of Use | Privacy Policy | BBB Directory

BBB serving Metropolitan New York, Long Island, and the Mid-Hudson Region

# EXHIBIT H



September 24, 2012

Stephen D. Byers
Phone: 424.234.3546
Sbyers@byersiplaw.com

Mr. Larry Krayzman
Bath, Kitchen, Décor LLC
185-12 Union Turnpike
Fresh Meadows, NY   11366
info@bathkitchendecor.com

Re: **Infringement of Troy-CSL's Trademarks and Trafficking in Counterfeit
Goods**

Mr. Krayzman:

Our firm represents Troy-CSL Lighting, Hudson Valley Lighting, Corbett Lighting, and
others of the Littman Brands  in trademark, patent, and other intellectual property
matters.

It has recently been brought to the attention of our client that you are selling and/or
offering for sale certain designs of lighting articles underneath the names "Troy-CSL,"
"Corbett," Hudson Valley Lighting" and "Sonneman" without authorization by any of
them to do so, and which we have reason to believe these lighting fixtures may be
counterfeit articles.  Specifically, your website www.bathkitchendecor.com is offering for
sale numerous lighting fixtures under these names without such authorization.

Troy-CSL owns both federal and common law intellectual property rights which protect
the use of its name and products from unauthorized distribution, including federally
registered trademarks -- for example U.S. Registration Nos. 3520415 (for "CSL") and
2831438 (for "Creative Lighting Systems").  You are not, and have never been,
authorized to sell Troy-CSL Lighting fixtures, nor have you ever been authorized to use
any of Troy-CSL's trademarks.  Moreover, you are selling such products at unauthorized
prices, and we believe such products may be counterfeit in nature.  Additionally, the
other Littman Brands have similar federally registered and common law trademarks and
trade dress rights which you are not authorized to sell or use.  Like your sale of Troy-CSL
lighting products, you are selling these additional brands at unauthorized prices and we
have reason to believe they may be counterfeit articles.


Byers IP Law Consulting
Intellectual Property Attorneys

Mr. Krayzman
September 24, 2012
Page 2


Under 15 U.S.C. § 1117 (b), federal law provides for remedies equal to three times a
counterfeiter's profit, in addition to attorneys' fees and costs, or statutory awards
amounting to $2,000,000 per mark.  Moreover, you may be subject to criminal penalties
under 18 U.S.C. §2320.  Even if such products are not counterfeit, Troy-CSL and the
other Littman Brands are still entitled to the entirety of your profits, in addition to the
costs of the suit, due to your willful infringement of their registered trademarks.
Troy-CSL and the other Littman Brands vigorously defend their intellectual property
rights, and intend to pursue all legal options available, including the filing of a law suit,
however, they are open to resolving this issue amicably, if you are.  We demand that
within **10 days** of the date of this letter, you provide our office with the following
information:

1)      The name, address, phone number, and website where you have purchased any
and all "Troy-CSL," "Hudson Valley Lighting," Corbett," and "Sonneman" products (the
"suppliers"), and ;

2)      All invoices evidencing that you have bought such products from said supplier(s);

3)      All sales agreements or purchase orders indicating your sales of all "Troy-CSL,"
"Hudson Valley Lighting," "Corbett," and "Sonneman" products;

4)      A declaration that you agree not sell any further Troy-CSL or other Littman
Brands products, including but not limited to the above identified products without the
written consent of Troy-CSL or other Littman Brands company respectively, and agree to
remove all Troy-CSL and other Littman Brands companies' trademarks (registered or
otherwise) from your catalogs, websites, brochures and other materials under your
control with **15 days time**.                                        .

We hope to resolve this issue in the immediate future.

Regards,


/Steve Byers/

Stephen D. Byers

Enclosures


Byers IP Law & Consulting
Intellectual Property Attorneys

Mr. Krayzman
September 24, 2012
Page 3


cc:     Steve Nadell

# EXHIBIT I

## Steve Byers

| | |
|---|---|
| **From:** | ██████████[███████@TROYCSL.COM] |
| **Sent:** | Monday, January 07, 2013 4:33 PM |
| **To:** | sbyers@byersiplaw.com |
| **Subject:** | FW: MAP violations |

---

**From:** ███████████
**Sent:** Monday, November 26, 2012 11:26 AM
**To:** ████████
**Subject:** FW: MAP violations

Hello Cindy,

See below from Michael at ████████..

Please keep me in the lop regarding your inquiry and reply...

Thanks,

Wayne

---

**From:** ███████████[mailto:████████████████]
**Sent:** Mon 11/26/2012 11:10 AM
**To:** N███████████ (████████████████)
**Subject:** MAP violations

Hello,

If this email has reached you in error, please forward to the pricing administrator.

We have come across Bath Kitchen Décor's web site because our customers are asking us to price match. Upon searching several items, I have noticed that they are listing their retail price at the minimum advertised pricing and then offering an additional discount on the same page with the final sale price under "Your Price". Since last week, we have either lost sales or had to go below the minimum pricing to match Bath Kitchen Décor's pricing. I had been in contact with one manufacturer that is listed on the link below and they claim that Bath Kitchen Décor is not a customer of theirs. If this is true, my assumption would be that another lighting retailer is purchasing the fixtures and shipping them to the BKD customer.

I would like to know what will be done about this. I don't want to lower our pricing to be below your policies but I also don't want to lose any more sales and will only resort to this if there is no other option. Please take the time to research this as this retailer is going to hurt everybody in the long run.

http://www.bathkitchendecor.com/BRANDS_c_88.html

Best regards,





Purchasing Manager
Showroom

Chicago, IL 60654
Ph. 312-
Fax 312-
www.           .com

This E-mail and any attachments may contain PRIVILEGED AND CONFIDENTIAL INFORMATION. If you are not the intended recipient(s), you are hereby notified that any distribution, copying, or disclosure of the contents of this E-mail or any attachment is STRICTLY PROHIBITED. Any review of this E-mail by other than the intended recipient(s) shall not constitute a waiver of privilege or confidentiality. If you have received this E-mail in error, please notify the sender immediately by telephone, collect, or return the E-mail, and delete this copy



**Steve Byers**

| | |
|---|---|
| **From:** | ████████[███████ROYCSL.COM] |
| **Sent:** | Monday, January 07, 2013 4:32 PM |
| **To:** | sbyers@byersiplaw.com |
| **Subject:** | FW: IMAP issue with web site |

**From:** ████████[████████com]
**Sent:** Saturday, December 01, 2012 9:29 PM
**Subject:** IMAP issue with web site

This place has your brand at 15% off

It looks like they are hiding there company name--I think Bath Kitchen Decor is not the real companies name.

I have had several customers bring this site to my attention in the last week about how their prices are some much lower than ours.

http://www.bathkitchendecor.com/BRANDS_c_88.html

**Bath Kitchen Decor**
Phone: (800) 627-6688185-12 Union Turnpike, Fresh
Meadows, NY 11366customerservice@bathkitchendecor.comhttp://www.bathkitchendecor.com



**F** On a
scale of A+
to FReason for
RatingBBB
Ratings
System
Overview

Sincerely,
████████
*Website Director,*
*Trade & Hospitality Sales*
████████
Phone: (800)█████ Ext 201
Fax: (800) █████

11/27/2013







## Steve Byers

| | |
|---|---|
| **From:** | ███████ [█████TROYCSL.COM] |
| **Sent:** | Monday, January 07, 2013 4:34 PM |
| **To:** | sbyers@byersiplaw.com |
| **Subject:** | FW: Internet Pricing |

---

**From:** ███████
**Sent:** Tuesday, July 24, 2012 11:10 AM
**To:** ███████
**Subject:** Re: Internet Pricing

Can you advise Tyler that we are aware of the site, and they in violation and how we are trying to get them to stop.

Thanks,
Wayne
Sent from my Verizon Wireless BlackBerry

**From:** "███████" <████@TROYCSL.COM>
**Date:** Tue, 24 Jul 2012 08:25:17 -0700
**To:** ████<████@TroyCSL.COM>
**Subject:** RE: Internet Pricing

Wayne:
We have been after this site for a while.  They are not an authorized site.  Our attorney is in the process of preparing a letter to them.
Thanks!
Cindy

---

**From:** ███████
**Sent:** Tuesday, July 24, 2012 4:33 AM
**To:** ███████; ███████
**Subject:** Fw: Internet Pricing

Hello Cindy,

See below regarding an internet violation. Please advise ███ at ███████ and cc me.

Thanks for your help,
Wayne
Sent from my Verizon Wireless BlackBerry

**From:** "███████" <████@████.com>
**Date:** Mon, 23 Jul 2012 16:47:22 -0700
**To:** 'Wayne Falk'<WayneF@TROYCSL.COM>
**Subject:** Internet Pricing

11/27/2013



Hi Wayne-

Hope all is well.  Can you please forward this to the lady at Corbett/Troy who handles Ecommerce.

http://www.bathkitchendecor.com/Corbett-Kyoto-6-Light-Island-Lighting-in-Silver-Leaf-Finish--131-56_p_107288.html

I seem to always have a problem with customers and them finding your pieces on display for cheap.

▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬

𝔚𝔬𝔬𝔡𝔩𝔞𝔫𝔡 𝔥𝔦𝔩𝔩𝔰, 𝔠𝔞 91364
𝔓: 818-▬▬▬▬▬
𝔉: 818-▬▬▬▬▬

▬▬▬▬▬▬▬le.com

