**LINKS: 19, 28**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8834 GAF (VBKx) | Date | August 7, 2014 |
|---|---|---|---|
| Title | Troy--CSL Lighting, Inc. v. Bath Kitchen Decor, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**      (In Chambers)

**ORDER RE:  CASE MANAGEMENT**

   The Court is in receipt of Plaintiff's motion for default judgment and Defendants' subsequently filed motion to vacate clerk's entry of default.  (Docket Nos. 19 and 28, respectively.)  In light of Defendants' recent appearance in this case, Plaintiff's motion for default judgment is **ORDERED OFF CALENDAR**.  The hearing on Defendants' motion is **CONTINUED** to **September 2, 2014, at 9:30 a.m.**  Plaintiff shall file an opposition to Defendants' motion no later than **August 15, 2014**, and Defendants shall file their reply brief no later than **August 22, 2014**.  The hearing on these motions presently scheduled for August 11, 2014, is **VACATED**.

   **IT IS SO ORDERED**.